UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| FWC, INC | ) | Case No. 10-62415 W |
| | ) | |
| | ) | |
| Debtor(s) | ) | Chapter 7 |
| | ) | |

**TRANSMITTAL OF SMALL DIVIDENDS**

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

DATE: JULY 21, 2011                              RESPECTFULLY SUBMITTED:

Andrew S. Goldstein, Esq. (VSB #28421)           ANDREW S. GOLDSTEIN,
Magee Goldstein Lasky & Sayers, P.C.
PO Box 404
Roanoke, VA 24003-0404                           By: /s/ Andrew S. Goldstein
Telephone:  (540) 343-9800                              Chapter 7 Trustee
Facsimile:  (540) 343-9898
Electronic Mail: glaymon@mglspc.com
*Chapter 7 Trustee*

1

Airgas Mid America
Attention: Andy Luoni
PO Box 1268
Charleston, WV 25325
Amount Due: $3.44

Super Media formerly Idearc Media
5601 Executive Drive
Irving, TX 75038
Amount Due: $2.11

Central Virginia Communications
11811 E Lynchburg Salem Turnpike
Forest, VA 24551-1586
Amount Due: $3.08